UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TARELL A. ADAMS, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>) No. 4:17 CV 1805 DDN<br>)<br>RYAN HILLIS, et al., )<br>)<br>      Defendants. ) | |

**THIRD AMENDED CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that the parties' consent motion to amend the case management order (Doc. 34) is granted. The case management order is amended as follows:

1. (a) **PLAINTIFF EXPERTS.** Plaintiff must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **September 15, 2019**, and have such expert witnesses available for deposition no later than **October 15, 2019**.

    (b) **DEFENDANT EXPERTS.** Defendant must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **November 30, 2019**, and have such expert witnesses available for deposition no later than **December 30, 2019**.

    (c) **RULE 35 EXAMS**. Requests for physical or mental examinations of the parties pursuant to Rule 35 Fed.R.Civ.P. be made no later than **October 15, 2019** and be completed no later than **December 15, 2019**.

    (d) **AVOIDING PERSONAL INFORMATION IN CIVIL CASE TRANSCRIPTS.** In an effort to reduce the amount of information that would need to be redacted from final transcripts, attorneys are not to use or request from witnesses social security numbers, minors' names, bank account numbers, or addresses.

    (e)    **PRESUMPTIVE LIMITS.**  Each party is limited to taking no more than ten (10) depositions and to serving no more than twenty-five (25) interrogatories per party.

    (f)    **DISCOVERY COMPLETION.**  The parties must complete all non-expert discovery in this case from parties and non-parties no later than **September 15, 2019**.

    (g)    **MOTIONS TO COMPEL.**  Motions to compel must be filed in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

3.    **DISPOSITIVE MOTIONS AND EXPERT OPINION MOTIONS.**  Any motion(s) to dismiss, for summary judgment, or for judgment on the pleadings, and any expert opinion motion(s) must be filed no later than **January 29, 2020.**  Opposition briefs must be filed no later than **February 27, 2020**, and any reply brief may be filed no later than **March 10, 2020.  The parties must submit a courtesy paper copy of their motions, memoranda, and exhibits directly to chambers.  A hearing on any then pending motion, including any dispositive and expert opinion motion(s)** is hereby set for **March 17, 2020**, at **10:00 a.m.**

    **COUNSEL PLEASE NOTE:**  Local Rule 7-4.01(E) requires that a statement of enumerated, uncontroverted material facts (SUMF) accompany all motions for summary judgment and further requires the responding party to admit or deny those alleged facts, in the movant's enumerated, sequential order and with relevant citations to the record.  If cross-motions or multiple motions for summary judgment are filed, the first SUMF shall serve as the master set; each subsequent SUMF must adhere to the sequential order of the master set, admitting or denying said facts as necessary, followed by any additional facts that a party may wish to proffer.  If two or more SUMFs are simultaneously filed, the parties must meet, discuss, and agree to a method of compliance with this provision.  The court will strike any SUMF that fails to comply with this paragraph.

4.    **TRIAL DATE.**  This case will be set for a **JURY TRIAL** at a later date.

Failure to comply with any part of this order may result in the imposition of sanctions.



                        /s/ David D. Noce
                        **UNITED STATES MAGISTRATE JUDGE**

Signed on June 7, 2019.