# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| TARELL A. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17CV1805 DDN |
| | ) |
| RYAN HILLIS, et. al., | ) |
| | ) |
| Defendants. | ) |

### Farmington Correctional Center's Motion for Expedited Briefing Schedule, Hearing, and Consideration

Third party Farmington Correctional Center ("FCC"), by and through counsel, moves for an expedited consideration of, briefing schedule, and hearing on its motion for protective order limiting the scope of the deposition of FCC under federal rule of civil procedure 30(b)(6).  In support of this motion, FCC states as follows.

On November 1, 2019, Plaintiff issued a subpoena seeking a deposition of FCC under Rule 30(b)(6) to take place on December 3, 2019.  Doc. No. 44-2. FCC has filed a motion for a protective order to limit the scope of this deposition because many of the topics are not described with reasonable particularity and are also vague, overbroad, and cumulative of prior discovery. Doc. No. 43, 44.  Furthermore, due to the scope and breadth of Plaintiff's topics, it will not be possible for FCC to provide a response to some

1

of these topics by December 3, 2019. After meeting and conferring extensively and repeatedly with counsel for Plaintiff, an amended notice was issued by Plaintiff on November 14, 2019, which resolved some, but not all, of the problematic topics at issue. Doc. No. 44-3. However, Plaintiff refuses to limit or amend the remaining topics at issue, has refused to reschedule the deposition to allow time for these issues to be resolved, and has also threatened FCC with costs and sanctions if a representative does not appear to answer all of his questions in full on December 3, 2019.

While acting with due haste, counsel for FCC is concerned that, due to the relatively short period of time involved, the motion for protective order will not be fully briefed by the parties and considered and decided by the Court prior to the December 3, 2019 deposition date that is the subject of the motion. Thus FCC could potentially find itself in the position of being forced to appear for the deposition in order to comply with Plaintiff's notice while its motion for protective order to limit the scope of that very deposition is pending and awaiting decision.

For this reason, FCC respectfully requests that the Court enter an order for expedited briefing on the motion and set the matter for a telephonic hearing on November 25, 26, 27, 29, 30, or December 2 with a decision to follow.

2

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/Justin Moore*
Justin Moore
Assistant Attorney General
Mo. Bar No. 65057
P.O. Box 861
St. Louis, MO 63188
Telephone: 314-340-7861
Facsimile:  314-340-7029
Justin.Moore@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2019, the foregoing was filed electronically with the Clerk of the Court to be served upon all parties by operation of the Court's electronic filing system.

*/s/ Justin C. Moore*
Assistant Attorney General